Opinion issued March 14, 2013



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-13-00061-CV

_____

**LATOYA SMITH AND MELVIN SMITH, Appellants**

**V.**

**US BANK NA AS TRUSTEE AS SUCCESSOR TO BANK OF AMERICA NA AS SUCCESSOR BY MERGER TO LASALLE BANK NA AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE MLMI TRUST MORTGAGE LOAN ASSET BACKED CERTIFICATES SERIES 2006-RM1, Appellee**

On Appeal from the County Court at Law No. 1
Fort Bend County, Texas
Trial Court Cause No. 12-CCV-049615

**MEMORANDUM OPINION**

Appellants, Latoya Smith and Melvin Smith, have neither paid the required filing fee for this appeal nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5 ("A party who is not excused by statute or these rules from paying costs must pay—at the time an item is presented for filing—whatever fees are required by statute or Supreme Court order."), 20.1 (listing requirements for establishing indigence); *see also* TEX. GOV'T CODE ANN. § 51.207 (Vernon Supp. 2011), § 51.941(a) (Vernon 2005), § 101.041 (Vernon Supp. 2011) (listing fees in court of appeals); Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 07-9138 (Tex. Aug. 28, 2007), *reprinted in* TEX. R. APP. P. app. A § B(1) (listing fees in court of appeals). On January 17, 2013, appellants were notified that this appeal was subject to dismissal if the filing fee was not paid by January 28, 2013. After being notified that this appeal was subject to dismissal, appellants did not adequately respond. *See* TEX. R. APP. P. 5 (allowing enforcement of rule); 42.3(c) (allowing involuntary dismissal of case).

We dismiss the appeal for failure to pay the filing fee. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Sharp, and Huddle.